NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
RYAN J. WATERS (Cal. Bar No. 268015)
Special Assistant United States Attorney
Asset Forfeiture Section
        1400 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-4493
        Facsimile: (213) 894-0142
        E-mail: Ryan.Waters@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>$161,154.40 IN BANK FUNDS,<br><br>          Defendant. | No. 2:19-cv-02241<br><br>VERIFIED COMPLAINT FOR FORFEITURE<br><br>18 U.S.C. §§ 981(a)(1)(C) and 984<br><br>[USSS] |

     Plaintiff United States of America brings this claim against defendant $161,154.40 in Bank Funds, and alleges as follows:

### JURISDICTION AND VENUE

     1.   The government brings this _in rem_ civil forfeiture action pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

2.    This Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 1345 and 1355.

3.    Venue lies in this district pursuant to 28 U.S.C. § 1395(a).

<u>PERSONS AND ENTITIES</u>

4.    The plaintiff in this action is the United States of America.

5.    The defendant in this action is $161,154.40 in Bank Funds seized pursuant to a federal seizure warrant on October 18, 2018, from a Wells Fargo Bank account with the last four digits ending in 5561 ("WF Account 5561"), held in the name of El Russo and Co Inc. (the "defendant funds").  The defendant funds were seized at Wells Fargo Bank, 670 South Western Avenue, Los Angeles, CA 90005.

6.    The defendant funds are currently in the custody of the United States Secret Service ("USSS") in this District, where they will remain subject to this Court's jurisdiction during the pendency of this action.

7.    The interests of El Russo and Co Inc., Bank of America, and a victim referred to as "S.K." may be adversely affected by these proceedings.

<u>FACTS SUPPORTING FORFEITURE</u>

<u>Background on the Fraud Scheme Investigation</u>

8.    Beginning around the fall of 2018, the USSS learned of a scheme involving unauthorized withdrawals of funds through the use of fraudulent identification.  After the unauthorized withdrawals, funds were transferred to WF Account 5561 after passing through intermediate funnel accounts.

9.    The USSS investigation into this scheme began after USSS Special Agent Jacob Obermiller ("Obermiller") was contacted by a Bank of America investigator detailing reports of two unauthorized withdrawals.  Specifically, the Bank of America investigator reported an unauthorized withdrawal of $202,255.17 on August 3, 2018 from a Bank of America account with the last four digits ending in 3388 ("BofA Account 3388"), under the name of victim S.K. ("the victim S.K. Transaction"), and an unauthorized withdrawal of $284,613.93 on June 20, 2018 from Bank of America account with the last four digits ending in 7295 ("BofA Account 7295"), under the name of victim C.D. ("the victim C.D. Transaction").  Both unauthorized withdrawals were made in the form of cashier's checks made possible through the use of counterfeit Venezuelan identification.  Including an additional unauthorized withdrawal subsequently discovered, more than $500,000 in fraudulent transfers associated with the scheme was eventually transferred to WF 5561.

The Victim S.K. Transaction

10.    On August 3, 2018, Sabrina Medina entered a Bank of America branch located in Los Angeles, CA, and impersonated victim S.K. using a counterfeit Venezuelan passport and driver's license.  Medina, without authorization, withdrew $202,255.17 from BofA Account 3388 in the form of a cashier's check.  Bank of America video surveillance has revealed that Medina was also responsible for a similar incident in Florida on July 20, 2018.

11.    On August 6, 2018, the cashier's check for $202,255.17 was deposited into a TD Bank account with the last four digits ending in 1067 ("TD Account 1067"), also held in the name of

3

victim S.K.  Bank of America was able to recover $95,025.99 from TD Bank of the original deposit of $202,255.17.

12.  On August 8, 2018, just two days later, $105,000 was transferred from TD Account 1067 into WF Account 5561, held in the name of El Russo and Co Inc.

13.  TD Account 1067 in the victim's name served as an intermediary funnel account in order to disperse $105,000 of the fraudulently obtained proceeds from BofA Account 3388 to WFB Account 5561.

14.  On October 15, 2018, Obermiller interviewed victim S.K. regarding the unauthorized withdrawal from the BofA Account 3388.  Victim S.K. revealed that she resides in Madrid, Spain, and last made a visit to the United States in 2001 or 2002. United States Customs and Border Patrol later confirmed that victim S.K.'s last entry to the United States was June 4, 2001, demonstrating that Kanzler could not have authorized the withdrawal in person.  Further, victim S.K.'s passport of record expired in 2014.

15.  Victim S.K. further confirmed that she did not authorize the initial withdrawal from BofA Account 3398 or the subsequent transfer from the intermediary funnel account from TD Account 1067 to WFB Account 5561.

The Victim C.D. Transaction

16.  On June 20, 2018, an unknown individual entered a Bank of America branch located in Altamonte Springs, FL, and impersonated victim C.D. with a counterfeit Venezuelan passport and driver's license in order to make unauthorized transactions. First, he transferred $78,126.33 from a Bank of America account

ending in 1539, held in the name of victim C.D., into BofA Account 7295.  Next, he transferred $69,028.16 from a Bank of America account ending in 8808, also held in the name of victim C.D., into BofA Account 7295.   The individual then withdrew $284,613.93 from BofA Account 7295 in the form of a cashier's check.  Bank of America video surveillance revealed that the same individual was also responsible for a similar incident in Florida on September 12, 2018.

17.  Occurring later on June 20, 2018, the cashier's check for $284,613.93 was deposited into a TD Bank account with the last four digits ending in 6162 ("TD Account 6162"), also held in the name of victim C.D.  Bank of America subsequently reimbursed victim C.D. and suffered the loss.

18.  On June 22, 2018, just two days later, $149,000 was transferred from TD Account 6162 into WF Account 5561.  Then on June 25, 2018, another $45,000 was transferred from TD Account 6162 into WF Account 5561.

19.  TD Account 6162 in the victim's name served as an intermediary funnel account in order to disperse $194,000 of the fraudulently obtained proceeds from BofA Account 3388 to WFB Account 5561.

20. TD Account 6162 in the name of victim C.D. also served as an intermediary funnel account for an additional $215,000 transferred to WFB Account 5561.  The $215,000 was transferred just one day after a fraudulent check for $345,000 was drawn without authorization against an account held by the company AWeber and deposited into TD Account 6162.

///

<u>FIRST CLAIM FOR RELIEF</u>

21.  Based on the above, plaintiff United States of America alleges that the defendant funds constitute or are derived from proceeds traceable to violations of 18 U.S.C. §§ 1028 (identity theft), and 1344 (bank fraud).  The defendant funds are therefore subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C).  In addition, to the extent that the defendant funds are not the actual monies directly traceable to the illegal activity identified herein, plaintiff alleges that the defendant funds are identical property found in the same account as the property involved in the specified offenses, rendering the defendant funds subject to forfeiture pursuant to 18 U.S.C. § 984.

WHEREFORE, plaintiff United States of America prays:

(a)  that due process issue to enforce the forfeiture of the defendant funds;

(b)  that due notice be given to all interested parties to appear and show cause why forfeiture should be not be decreed;

(c)  that this Court decree forfeiture of the defendant funds to the United States of America for disposition according to law; and

///

(d)   for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: March 26, 2019          NICOLA T. HANNA
                               United States Attorney
                               LAWRENCE S. MIDDLETON
                               Assistant United States Attorney
                               Chief, Criminal Division
                               STEVEN R. WELK
                               Assistant United States Attorney
                               Chief, Asset Forfeiture Section


                               */s/ Ryan J. Waters*
                               RYAN J. WATERS
                               Special Assistant U.S. Attorney
                               Asset Forfeiture Section

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

7

1

<u>VERIFICATION</u>

2    I, Jacob Obermiller, hereby declare that:

3    1.   I am a Special Agent with the Department of Homeland

4  Security ("DHS"), United States Secret Service ("USSS").

5    2.   I have read the above Verified Complaint for

6  Forfeiture and know its contents.  It is based upon my own

7  personal knowledge and reports provided to me by other law

8  enforcement agents.

9    3.   Everything contained in the Complaint is true and

10  correct, to the best of my knowledge and belief.

11    I declare under penalty of perjury that the foregoing is

12  true and correct.

13    Executed on March 25, 2019 in Los Angeles, California.

14

15  _____

    JACOB OBERMILLER
16  SPECIAL AGENT – USSS

17

18

19

20

21

22

23

24

25

26

27

28